UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

In re:  NEIL E HAYMES                                                                    Chapter 13
Debtor                                                                              Case No. 22-50051

## CERTIFICATION OF MAILING AND/OR SERVICE OF CHAPTER 13 PLAN

I certify that a true and correct copy of the Chapter 13 plan or the amended Chapter 13 plan and amended plan cover sheet, filed electronically with the Court on **January 10, 2023**, has been mailed by first class mail postage prepaid to all creditors, equity security holders, and other parties in interest, including the United States Trustee, on **January 11, 2023**.

　/s/William Harville＿＿＿＿＿＿＿
Counsel for Debtor(s)

William Harville, Esq.
VSB #19802
327 W. Main Street, #3
Charlottesville, VA  22903
Voice:    434-483-5700
Fax:       434-448-0800